UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ISABEL TAVERAS, Individually, and On : Case No.: 1:22cv4430
Behalf of All Others Similarly Situated, :
:
:
Plaintiff, :
vs. : **NOTICE OF VOLUNTARY DISMISSAL**
:
:
:
ARTISAN TROPIC, LLC, :
:
Defendant. :
:
:
------------------------------------------------------------x

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Isabel Taveras hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Artisan Tropic, LLC.

DATED:  July 27, 2022        **MIZRAHI KROUB LLP**

        /s/ Edward Y. Kroub
        EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*